# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2014

## NO. 03-12-00548-CV

**Beau Hale and Marhaw Partners, LLC, Appellants**

**v.**

**Bank of America, Successor by merger to BAC Home Loans Servicing, LP, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on July 16, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.